# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Vanessa Allen v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10313-DRH |
| *Tatiana Barnes v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10208-DRH |
| *Lindsay Bovshow v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10108-DRH |
| *Stephanie Castro v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10167-DRH |
| *Maggie Collins v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10267-DRH |
| *Nicole Curry v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10194-DRH |
| *Aileen Davis v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10201-DRH |
| *Marie Henderson v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10144-DRH |
| *Jennifer Hubbard-Rumohr v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10170-DRH |
| *Rebecca L. Jackson v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10168-DRH |
| *Kristen Jorgensen v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10206-DRH |

| | |
|---|---|
| *Shantay Kelley v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10130-DRH |
| *Angel Knight v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10143-DRH |
| *Liane Lacy v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10116-DRH |
| *Demetra Lewis v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10191-DRH |
| *Holly Little v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10217-DRH |
| *Amanda Middleton v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10128-DRH |
| *Megan Murphy v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10207-DRH |
| *Alyce Nelson v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10126-DRH |
| *Nedra Nubern v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10137-DRH |
| *Shante Perry v. Bayer Corporation* | No. 14-cv-10309-DRH |
| *Christa Schweer v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10203-DRH |
| *Lisa Scott v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10114-DRH |
| *Princess Smith v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10127-DRH |
| *Heather Tackett v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10318-DRH |
| *Jovanna Thomas v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10122-DRH |
| *Kimberly Thompson v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10136-DRH |

| *Twanda Ware-Terry v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10129-DRH |
| *Susan Wilkolawski v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10140-DRH |
| *Melissa Wilson-Short v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10169-DRH |
| *Kimberly Danford v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10337-DRH |
| *Alexandra Durazo v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10166-DRH |
| *Jennifer Jackson v. Bayer Healthcare Pharmaceuticals Inc.* | No. 14-cv-10338-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulations of dismissal filed on September 1, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
      **Deputy Clerk**

Judge Herndon
2016.09.02
09:43:36 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT